**GULF PETRO TRADING COMPANY, INC.; Petrec International, Inc., a Division of Gulf Petro Trading Company, Inc.; James S. Faulk, Individually, doing business as Petrec International, a de facto corporation; Petrec (Nigeria) Ltd., Plaintiffs–Appellants,**

v.

**NIGERIAN NATIONAL PETROLEUM CORPORATION, Defendant–Appellee.**

No. 04–10092.

United States Court of Appeals, Fifth Circuit.

Decided Dec. 10, 2004.

Robert K. Frisch, Lusky & Associates, Dallas, TX, for Plaintiff–Appellant.

John P. Bowman, William J. Boyce, Hannah De Marco Sibiski, Fulbright & Jaworski L.L.P., Houston, TX, for Defendant–Appellee.

---

202

Before REAVLEY, DAVIS and WIENER, Circuit Judges.

PER CURIAM: *

We affirm for the reasons set forth in the trial court opinion. *Gulf Petro Trading Co. v. Nigerian Nat'l Petroleum Co.,* 288 F.Supp.2d 783 (N.D.Tex.2003).

AFFIRMED.

* Pursuant to 5TH CIR. R. 47.5, the Court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.